DOCKET No. 19CR485  DEFENDANT Greg Zehner

AUSA Daniel Wolf  DEF.'S COUNSEL Steven Raiser
☒ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5 ☒ Rule 9 ☐ Rule 5(c)(3) ☐ Detention Hrg.
DATE OF ARREST _____ ☐ VOL. SURR.
TIME OF ARREST _____ ☐ ON WRIT
☐ Other: _____
TIME OF PRESENTMENT 4:11PM

## BAIL DISPOSITION

10 mins
☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☒ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☒ $ 200,000 PRB ☒ 2 FRP  (WD.Pa/ED.Pa)
☐ SECURED BY $ _____ CASH/PROPERTY: _____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/Arizona + points in between for Travel;
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☒ PRETRIAL SUPERVISION: ☐ REGULAR ☐ STRICT ☒ AS DIRECTED BY PRETRIAL SERVICES
☒ DRUG TESTING/TREATMT AS DIRECTED BY PTS ☒ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION ☐ HOME DETENTION ☐ CURFEW ☐ ELECTRONIC MONITORING ☒ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☒ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☒ DEF. TO BE RELEASED ON OWN SIGNATURE, ~~PLUS THE FOLLOWING CONDITIONS:~~ _____
_____ ; REMAINING CONDITIONS TO BE MET BY: 7/8/2019

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**
Δ to enter substance abuse treatment on 7/2/2019 and to remain as directed by medical professionals
Δ to reside at home in L.I. when he finishes treatment
Δ to surrender pharmacology license to D.E.A.

☒ DEF. ARRAIGNED; PLEADS NOT GUILTY    ☐ CONFERENCE BEFORE D.J. ON _____
☒ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED         ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED  ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____   ☐ ON DEFENDANT'S CONSENT

DATE: 6/28/19

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE  PINK – U.S. ATTORNEY'S OFFICE  YELLOW – U.S. MARSHAL  GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016 IH-2