UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    4/6/2020

UNITED STATES OF AMERICA,

-against-

GREG ZEHNER,

                              Defendant.

19 Cr. 485 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 6, 2020, Defendant submitted a motion for reduction of his sentence under 18 U.S.C. § 3582(c)(1)(A)(i).  It is ORDERED that by **April 8, 2020**, the Government shall file a letter in response.

SO ORDERED.

Dated:  April 6, 2020
        New York, New York

_____
        ANALISA TORRES
    United States District Judge