USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/9/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GREG ZEHNER,

                             Defendant.

19 Cr. 485 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On April 6, 2020, Defendant submitted a motion for reduction of his sentence under 18 U.S.C. § 3582(c)(1)(A)(i). ECF No. 32. On April 8, 2020, the Government informed the Court that it had requested medical records from the Federal Bureau of Prisons, but had not yet received them. *See* ECF No. 34 at 4 n.2.

      Accordingly, by **April 13, 2020**, the Government shall file a letter with the Court providing the status of the Government's request for Defendant's medical records. It is further ORDERED that Defendant shall submit any further documentation relevant to his medical condition by **April 15, 2020**.

      SO ORDERED.

Dated: April 9, 2020
       New York, New York

                                                ANALISA TORRES
                                            United States District Judge